UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION,<br><br>           Plaintiff,<br><br>   v.<br>JANET FRENCHICK CONTRERAS; ELIZABETH ANN MCEACHERN; AND MARCUS CONTRERAS,<br><br>           Defendants.<br>_____<br>AND RELATED CROSS-ACTIONS<br>_____ | Case No. **CV 19-5620-JFW(PJWx)**<br><br>**JUDGMENT AGAINST DEFENDANT ELIZABETH ANN MCEACHERN** |

1 | This Action came on regularly for Pre-Trial Conference on August 6, 2020, in Courtroom 7A, 350 W. 1st Street, Los Angeles, California 90012 of the Central District of California, the Honorable John F. Walter presiding via videoconference. Attorney David S. Lin of the Law Offices of David S. Lin appeared on behalf of Defendant and Counter-Claimant JANET FRENCHICK CONTRERAS (hereinafter "Defendant JANET"). Attorney James K. Lo of the Lo Law Firm appeared on behalf of Defendant MARCUS CONTRERAS (hereinafter "Defendant MARCUS"). No appearance was made by Defendant and Counter Defendant ELIZABETH ANN MCEACHERN (hereinafter "MCEACHERN")or her counsel, Jason Allison.

At the Pre-Trial Conference, the Court issued its dispositive rulings against Defendant MCEACHERN and in favor of Defendant/Counterclaimant JANET on August 6, 2020 as follows:

**NOW, THEREFORE, THERE BEING NO JUST REASON FOR DELAY UNDER FED. R. CIV. P. 54(b), IT IS HEREBY RULED, ADJUDGED AND FINALLY DECIDED THAT:**

1. Given Defendant and Counter-Defendant Elizabeth Ann McEachern and her counsel, Jason Allison's failure to comply with discovery and court procedures, i.e., Rule 16(f)(1) and failure to attend the Pre-Trial Conference hearing in this case, showing a complete lack of respect and disregard for the Court and the Judicial Process and failure to prosecute such Action, warrants a proper Dismissal of any and all

|   |   |   |
|---|---|---|
| 1 |   | claims and counter claims previously pled or alleged |
| 2 |   | by Defendant/Counter-Defendant MCEACHERN in this |
| 3 |   | Action; |
| 4 | 2. | Defendant/Counter-Defendant MCEACHERN's previously |
| 5 |   | filed Answer to the subject Interpleader Complaint |
| 6 |   | filed by New York Life Insurance Company (NYLIC) in |
| 7 |   | this Action is hereby stricken by the Court. |
| 8 | 3. | Defendant/Counter-Defendant MCEACHERN's previously |
| 9 |   | filed Answer to the Counter Claim filed by JANET |
| 10 |   | against MCEACHERN is hereby stricken by the Court. |
| 11 | 4. | The Court hereby dismisses all claims and |
| 12 |   | counterclaims alleged by Defendant/Counter-Defendant |
| 13 |   | MCEACHERN in this Action. |
| 14 | 5. | The Court hereby enters a Default on all counts and |
| 15 |   | causes of actions pled and alleged in the First |
| 16 |   | Amended Counter Claim filed by JANET against |
| 17 |   | Defendant/Counter Defendant MCEACHERN in this |
| 18 |   | Action. |
| 19 | 6. | The Court hereby enters a final Judgment against |
| 20 |   | Defendant/Counter Defendant MCEACHERN in this Action |
| 21 |   | on all counts and causes of actions pled and alleged |
| 22 |   | in the First Amended Counter Claim filed by JANET in |
| 23 |   | this Action. |

DATED: August 13, 2020

_____
HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE