David S. Lin, State Bar No. 156110
**LAW OFFICES OF DAVID S. LIN**
Attorney at Law
80 S. Lake Ave., Suite 512
Pasadena, CA 91101
Telephone:  626.792.9688
Facsimile:  626.792.9116

JS-6

Attorney for Defendant in Interpleader/Counter-claimant, JANET FRENCHICK CONTRERAS

IN THE UNITED STATES DISTRICT COURT

CENTRIAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK LIFE INSURANCE AND ANNUITY CORPORATION., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Defendant JANET FRENCHICK CONTRERAS, an individual; ELIZABETH ANN MCEACHERN, an individual; and MARCUS CONTRERAS, an individual,<br><br>Defendants,<br><br>ALL RELATED ACTIONS | Case No. 2:19-cv-5620-JFW (PJWx)<br><br>Hon. John F. Walter, Judge Presiding<br><br>**ORDER ON OUNTERCLAIMANT JANET FRENCHICK CONTRERAS' AND DEFEDANT MARCUS CONTRERAS' JOINT STIPULATION TO DISMISS THE INTERPLEADER ACTION AND ALL COUNTERCLAIMS IN THIS INTERPLEADER ACTION** |

**JOINT STIPULATION FOR DISMISSAL OF COUNTER CLAIMS**

# ORDER

Pursuant to the Joint Stipulation of the remaining Parties to this Action filed, under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY ORDERED THAT the Interpleader Action filed, Case No. 2:19-cv-5620-JFW (PJWx), as originally filed by New York Life Insurance Company and any and all Counterclaims as filed by Counterclaimant JANET FRENCHICK CONTRERAS in this Action be properly dismissed with prejudice by the Court.

IT IS SO ORDERED.

DATE: November 3, 2020  _____
Hon. John F. Walter, Judge Presiding